# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    **v.**           Case No. 96-CR-144

**SANTOS ONTIVEROS-CONTRERAS,**

    **Defendant.**

## ORDER TO DISMISS THE INDICTMENT

Upon the motion of the United States, it is

**HEREBY ORDERED** that pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the indictment for the above-captioned case is dismissed without prejudice.

**SO ORDERED** this 25th day of August 2005, at Milwaukee, Wisconsin.

        **BY THE COURT**

        s/ Rudolph T. Randa
        RUDOLPH T. RANDA
        Chief Judge